IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANNY HEBERT                                                                                    PLAINTIFF

          v.                                    Civil No. 05-4084
JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## ORDER

Now on this 1st day of March, 2006, there is pending before the undersigned, the Appeal Brief filed by the plaintiff herein, on today's date (Doc. #9). Said brief is 22 pages in length, which is in excess of the page limitation set by this Court, by Order entered in this matter on February 1, 2006 (Doc. #8). This Court's Order setting a page limitation for appeal briefs states that "[a]ny brief exceeding the page limitation imposed herein may be stricken from the record." Counsel for the plaintiff has until **March 14, 2006**, to comply with the aforementioned Order.

IT IS SO ORDERED.

DATED this 1st day of March, 2006.

                                              /s/ Bobby E. Shepherd
                                              HONORABLE BOBBY E. SHEPHERD
                                              UNITED STATES MAGISTRATE JUDGE